UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

WILLIAM MEEKINS,                             :
                                             :
      Plaintiff                              :
                                             :
  v.                                         : CIVIL NO. 3:CV-07-1450
                                             :
MR. KREIDER,                                 : (Judge Kosik)
                                             :
      Defendant                              :

## **O R D E R**

    **NOW, THIS 24th DAY OF OCTOBER, 2007, IT IS HEREBY ORDERED THAT** the Order issued by this court on October 23, 2007 (Doc. 16) is amended to the extent that Plaintiff's amended complaint shall be due on or before November 16, 2007.

                                              *s/EDWIN M. KOSIK*
                                              United States District Judge